PB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_Eastern_____ DIVISION

Lawson Alvin Rose _____

_____
(Name of the plaintiff or plaintiffs)

V.

U.S. Postal Service _____
U.S. Equal Employment Oppor. Comm.
U.S. Merit Systems Protection Board
(Name of the defendant or defendants)

## 08CV0882
## JUDGE DER-YEGHIAYAN
## MAG.JUDGE COLE

(Case number will be supplied by the
assignment clerk)

## RECEIVED

FEB 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __a resident_____ of

the county of __Du Page_____ in the state of __Illinois_____.

3. The defendant is _U.S.P.S., US.EEOC, U.S. M.S.P.B._____, who

resides at (street address)_____

(city)_____(county)_____(state)_____(ZIP)_____

(Defendant's telephone number) (____) – _____

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at

(street address)   _433 West Harrison_____

(city)_Chicago_ (county)_Cook_ (state)_IL_ (ZIP code)_60607_

5. The plaintiff [check one box]

(a) ☐   was denied employment by the defendant.

(b) ☐   was hired and is still employed by the defendant.

(c) ☒   was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)_April_, (day)_23_, (year)_1993_.

7. (a) The plaintiff [check one box] ☒ _has not_  filed a charge or charges against the defendant
☐ _has_

asserting the acts of discrimination indicated in this complaint with any of the following    government

agencies:

   (i)   ☐ the United States Equal Employment Opportunity Commission on or about
          (month)_____ (day)_____ (year)_____.

   (ii)  ☐ the Illinois Department of Human Rights on or about
          (month)_____ (day)_____ (year)_____.

(b)   If charges _were_ filed with an agency indicated above, a copy of the charge is

attached.   ☐ YES   ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of

Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to

believe that this policy was not followed in this case.

8. (a)☒   the United States Equal Employment Opportunity Commission has not issued a _Notice_

   _of Right to Sue._

   (b)☐   the United States Equal Employment Opportunity Commission has issued a _Notice of_

   _Right to Sue,_ which was received by the plaintiff on (month)_____

   (day)_____ (year)_____ a copy of which _Notice_ is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

☐ YES    ☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☒ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ other (specify): _____

_____

_____

_____

_____

_____

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

*Submission of evidence and documentation from prior associations with the federal Judicial, EEOC, and MSPB systems.*

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☒ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify):_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)    _Lawson Alvin Rose_

(Plaintiff's name)    _Lawson Alvin Rose_

(Plaintiff's street address)    _General Delivery / Westmont Post Office_

(City) _Westmont_    (State) _IL_    (ZIP) _60559_

(Plaintiff's telephone number)    (_630_) – _532-8514_