BR) 1

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Lawson Alvin Rose Pro Se_
(Please print)

STREET ADDRESS: _General Delivery/ Westmont P.O._

CITY/STATE/ZIP: _Westmont, IL 60559_

PHONE NUMBER: _cell only: 630-532-8514_

CASE NUMBER: 
08CV0882
JUDGE DER-YEGHIAYAN
MAG. JUDGE COLE

_Lawson Alvin Rose_          2/10/2008
Signature                    Date

FILED
FEB 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT