UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  Lawson Alvin Rose

v.

Defendant(s)  United States Postal Service

08CV0882
JUDGE DER-YEGHIAYAN
MAG. JUDGE COLE

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Lawson Alvin Rose, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

FILED
FEB 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Lawson Alvin Rose
Movant's Signature

2/11/2008
Date

General Delivery/Westmont P.O.
Street Address

Westmont IL 60559
City, State, ZIP