# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 882 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Lawson Alvin Rose vs. U.S. Postal Service, et al. | | |

**DOCKET ENTRY TEXT**

The Court having been advised by the Clerk's Office that Plaintiff has now paid the required filing fee, the instant action is hereby ordered reinstated. Status hearing set for 07/23/08 at 9:00 a.m. Plaintiff is warned that failure to properly serve all Defendants pursuant to Federal Rules of Civil Procedure 4, will result in a dismiss of the action or dismissal of that Defendant not properly served. Plaintiff is also directed to timely file with the Clerk of Court the appropriate returns and/or waivers of service of summons and complaint, failure to file with the Clerk of Court the appropriate returns and/or waivers may result in a dismissal of the defendant. Plaintiff is further warned that failure to appear on a Court's noticed status hearing may result in a dismissal of the action pursuant to Local Rule 41.1.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|