# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

LAWSON ALVIN ROSE, pro se,   )
                              ) Case No. 08 c 0882
                              )
Versus                        ) Judge Der Yeghiayan
                              )
                              ) Magistrate Judge
                              )           Cole
                              )
JACK POTTER, et. al.          )
POSTMASTER GENERAL.           )
UNITED STATES POSTAL SERVICE  )
        Defendant.            )

**FILED**

JUN 25 2008  TG
6-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
2008 JUN 25 A 10 22
UNITED STATES ATTORNEY
NORTHERN DISTRICT
CHICAGO, ILLINOIS

## MOTION FOR APPOINTMENT OF LEGAL ADVISOR

I, Lawson Alvin Rose, certify under penalty of perjury, that I have this day, June 25, 2008, hand delivered copies of the attached documents to the following individuals/entities.

    Office of the United States Attorney
    Fifth Floor
    219 South Dearborn Street
    Chicago, Illinois 60604

    The Clerk of the United States District Court
    219 South Dearborn Street/Twentieth Floor
    Chicago, Illinois 60604

*Lawson Alvin Rose*    6/25/2008
Lawson Alvin Rose, plaintiff,
Rose v USPS et al, 08 c 0882

To: Judge Der Yeghiayan                June 24, 2008

From: Lawson Alvin Rose, Pro Se, plaintiff, 08 c 0882, Rose v USPS et al.

Subject: Motion for appointment of legal advisor.

It is requested that a legal advisor be appointed for the above captioned case for the following reasons:

1. Although I have been through the federal judicial system once before, in this particular case, there are more than a few legal points which of which I am totally ignorant.
2. For example, because all of the prior findings and decisions of the federal court are based on false information and not on the evidence in the government's possession, does this mean that the federal judges and/or the Office of the United States Attorney are "accessories after the fact"?
3. Although I understand the concept of " equitable estoppel " verbally, I have no idea how to apply it legally. That is to say, is there a special form or motion that I have to make in court or outside of it? ( I have already attempted to research this concept in the law library, but have found very little references to it. )
4. Because the entire case from ROSE v RUNYON, 97 c 8681 is still prosecutable under the concept of " equitable estoppel ", do I simply resubmit the old complaint as it was

     originally submitted, or do I submit the complaint with the appropriate corrections and/or amendments?

5. There are two new additions to the complaint, i.e. the EEOC and Merit Systems Protection Board complaint, but I do not really understand how to add them to the complaint. I would hate to lose the last chance I have at recovering my job because I do not know to properly amend a complaint.

These are just a few of the obvious reasons that I am requesting the appointment of a legal advisor, (at the very least until the complaint is properly filed).

                              Respectfully submitted,

                              LAWSON ALVIN ROSE, plaintiff,
                              Rose v USPS, 08 c 0882