

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LAWSON ALVIN ROSE, pro se,   )
                              )Case No. 08 c 0882
                              )
Versus                        )Judge Der Yeghiayan
                              )
                              )Magistrate Judge
                              )          Cole
                              )
JACK POTTER, et. al.          )
POSTMASTER GENERAL.           )
UNITED STATES POSTAL SERVICE  )
        Defendant.            )

FILED
JUL 0 8 2008  NF
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
2008 JUL -3 P 12: 49
UNITED STATES ATTORNEY
NORTHERN DISTRICT
CHICAGO, ILLINOIS

# REQUEST FOR INFORMATION ON THE STATUS OF CASE # 08 C 0882

I, Lawson Alvin Rose, certify under penalty, that I have this day, July 3, 2008, delivered copies of the attached documents to the following enitities/individuals.

United States Judge Der Yeghiayan
c/o Clerk of the U S District Court
Twentieth floor
219 South Dearborn Street
Chicago, Illinois 60604

Office of the United States Attorney
Fifth floor
219 South Dearborn Street
Chicago, Illinois 60604

*Lawson Alvin Rose*
Lawson Alvin Rose, plaintiff,
08 c 0882, ROSE v USPS et al.

07/03/08

To:   United States District Court Judge Der Yeghiayan
From:   Lawson Alvin Rose, plaintiff, 08 c0882,
          ROSE v USPS et al.

Subject:  Request for information on above captioned case.

It is respectfully requested for the second time that information be given on the status of ROSE v USPS et al, 08 c 0882.

It has now been ninety days since the docketing fee has been accepted and the case filed.

*Lawson Alvin Rose*
Lawson Alvin Rose, plaintiff,
ROSE v USPS, 08 c 0882.