



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

*FILED*
*JUL 31 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Lawson Alvin Rose

FIRM:

STREET ADDRESS: P.O. Box 28

CITY/STATE/ZIP: Westmont, IL 60559

PHONE NUMBER: 630-532-8514

ARDC NO. (If Member of Illinois State Bar): _____

☐ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 C 0882 | Rose v USPS et al | Judge Der Yeghiayan |
| | | |
| | | |
| | | |

*Lawson Alvin Rose*
Attorney's Signature

7/31/2008
Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604