*HHN*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LAWSON ALVIN ROSE, pro se,               )
                                         )Case No. 08 c  0882
                                         )
Versus                                   )Judge Der Yeghiayan
                                         )
                                         )Magistrate Judge
                                         )               Cole
                                         )
JOHN POTTER, et. al.                     )
POSTMASTER GENERAL.                      )
UNITED STATES POSTAL SERVICE             )
               Defendant.                )

RECEIVED

RECEIVED
2008 SEP
2008 SEP 5 AM 9:25
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
UNITED STATES DISTRICT
NORTHERN DISTRICT ILLINOIS
CHICAGO. ILLINOIS

I, Lawson Alvin Rose, do certify under penalty of perjury, that I have this day, September 4, 2008, hand-delivered to the following entities, copies of the attached documents. The fourth request for information on the status of case # 08 cv 0882.

Judge Samuel Der Yeghiayan
c/o
Clerk of the United States District Court
219 South Dearborn Street
Twentieth Floor
Chicago, Illinois 60604

Office of the United States Attorney
219 South Dearborn Street
Fifth Floor
Chicago, Illinois 60604

Lawson Alvin Rose, plaintiff
08 cv 0882, ROSE v USPS

9/4/2008

To:    Judge Der Yeghiayan, the United States District Court,
       Northern District of Illinois, Eastern Division

From:   Lawson Alvin Rose, plaintiff, Rose v Potter,
        Case# 08 c 0882. P. O. Box 28, Westmont, IL 60559
        630 532 8514

Subject:   Fourth request for information on case 08 c 0882,
           ROSE v POTTER et. al.


     It is respectfully requested for the fourth time that
information be provided on the status of the aforementioned
captioned case. It has now been over one hundred and fifty
days, ( five full months ), since the docketing fee has been paid
and the case filed. There has been absolutely no contact from
the United States District Court concerning this matter.

*FILED*
J.N 9-4-2008
SEP X 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully submitted,

Lawson Alvin Rose, plaintiff